ROBERT HOLMES AND EDWIN F. WEBSTER v. LAURA E. S. BRONSON.

*Wife's liability for work done by husband's order.*

A married woman is not liable for the cost of improvements put into her own house, where the work is done in reliance on the responsibility of her husband and by his directions.

Error to Superior Court of Detroit. Submitted April 28. Decided June 9.

ASSUMPSIT by Holmes and Webster against Mrs. Bronson upon a contract for a furnace placed by them in her house. The evidence showed that defendant's husband had ordered the furnace, and had given his note for it; that the plaintiffs had granted him several renewals, and that he had paid the interest and part of the principal; that after the last renewal note had been given the plaintiffs found that the house had belonged to Mrs. Bronson, and had thereupon returned the husband's note, and after demanding payment sued the defendant.

The court below directed a verdict in her favor, and the plaintiffs bring error.

*Griffin & Dickinson* for plaintiff in error. A wife is liable for improvements made on her own property, *Lovell v. Williams* 125 Mass. 439; *Bickford v. Dane* 57 N. H. 320; *Spafford v. Warren* 47 Ia. 51; *Bodine v. Killeen* 53 N. Y. 93; a husband may act as his wife's agent and she will be bound by contracts which he makes for her benefit, *Knapp v. Smith* 27 N. Y. 277; *Woodworth v. Sweet* 51 N. Y. 8; *Rowell v. Klein* 44 Ind. 291; *McLaren v. Hall* 26 Ia. 297; *Buckley v. Wells* 33 N. Y. 518; *Ready v. Bragg* 1 Head 511.

*Willard M. Lillibridge* for defendant in error. A wife is not bound for expenses incurred by her husband on her own property against her remonstrance, *Emery v. Lord* 26 Mich. 432; *Powers v. Russell* id. 183; *Willard v. Magoon* 30 Mich. 280; *Ainsley v. Mead* 3 Lans. 116; *Jones v. Walker* 63 N. Y. 612; *Miller v. Hollingsworth* 33 Ia. 225; *Druhe v. De Lassus* 51 Mo. 165; *Johnson v. Tutewiler* 35 Ind. 353; *Lauer v. Bandow* 48 Wis. 638.

GRAVES, J. We are unable to make any distinction in principle between this case and *Morrison v. Berry* 42 Mich. 389.

So far as any difference is discoverable in the facts, it is not to the advantage of the plaintiffs in error. And see *Newcomb v. Andrews* 41 Mich. 518; *Vanneman v. Powers* 56 N. Y. 39; *Woodruff Iron Works v. Adams* 37 Conn. 233; *Wright v. Hood* 49 Wis. 235.

The judgment must be affirmed with costs.

The other Justices concurred.